IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:20-CV-00012-M

| | |
|---|---|
| DESMOND HOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ANDREW SAUL, Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant's unopposed Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [DE 27]. Defendant asks the Court "to enter a judgment reversing [the Commissioner's] decision with remand of the cause for further administrative proceedings." Having no objection from the Plaintiff, the motion is GRANTED. The Clerk of the Court shall enter a judgment reversing the Commissioner's decision denying Plaintiff a period of disability and disability insurance benefits under Title II of the Social Security Act and under Title XVI of the Social Security Act and remanding the matter to the Commissioner for further administrative proceedings.

SO ORDERED this 22d day of December, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE