UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DESMOND HOOD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:20-CV-12-M** |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, United States District Judge, for consideration of plaintiff's and defendant's motion for judgment on the pleadings and defendant's motion for remand.

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Defendant's unopposed Motion for Reversal and Remand, the court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405 (g) and remands the matter to the Commissioner for further administrative proceedings.

This Judgment filed and entered on December 23, 2020, and copies to:
Charlotte Williams Hall (via CM/ECF electronic notification)
Amanda B. Gilman (via CM/ECF electronic notification)

December 23, 2020

Peter A. Moore, Jr.
Clerk of Court

By: _Susan K. Edwards_
Deputy Clerk